# EXHIBIT A

| SUMMONS - CIVIL<br>JD-CV-1 Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov* |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>1061 Main Street, Bridgeport 06604 | Telephone number of clerk<br>( 203 ) 579 – 6527 | Return Date *(Must be a Tuesday)*<br>09/14/2021 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session   ☐ Number: | At *(City/Town)*<br>Bridgeport | Case type code *(See list on page 2)*<br>Major: **M**    Minor: **90** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Monarch Law LLC, 36 Russ Street, Hartford 06106 | Juris number *(if attorney or law firm)*<br>441572 |
|---|---|
| Telephone number<br>( 860 ) 969 – 2909 | Signature of plaintiff *(if self-represented)* |
| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>tony@monarchlawct.com |

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Behrmann, Christopher<br>Address: 14 Hillcrest Drive, Vernon, CT 06066 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Goodwill of Western and Northern Connecticut, Inc.<br>Address: c/o Jeffrey Wieser, Agent for Service, 165 Ocean Terrace, Bridgeport, CT 06605 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 1    ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date<br>08/04/2021 | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court<br>☐ _____ Clerk | Name of person signing<br>Anthony J. Interlandi |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
A True Copy
Attest File Date
Gerald J. Broderick
Connecticut State Marshal
Fairfield County

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|



Page 1 of 2

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do *not* use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | | | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 68 | Bar Discipline - Inactive Status | | | |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

RETURN DATE: September 14, 2021

| | | |
|---|---|---|
| **CHRISTOPHER BEHRMANN** | : | **SUPERIOR COURT** |
| **Plaintiff,** | : | **J.D. OF FAIRFIELD AT** |
| vs. | : | **BRIDGEPORT** |
| **GOODWILL INDUSTRIES OF WESTERN AND NORTHERN CONNECTICUT, INC.** | : : | **Plaintiff requests a trial by jury** |
| **Defendant.** | : : | **August 4, 2021** |

## COMPLAINT

### COUNT ONE: Violation of Conn. Gen. Stat. § 31-51q

1. Plaintiff, Christopher Behrmann (hereinafter "Plaintiff" or "Mr. Behrmann") is an individual residing in Vernon, Connecticut.

2. Defendant Goodwill Industries of Western and Northern Connecticut, Inc. (hereinafter "Defendant") is a business incorporated in Connecticut with a principal business address of 165 Ocean Terrace, Bridgeport, Connecticut 06605.

3. Defendant operates numerous Goodwill stores throughout western and northern Connecticut.

4. These Goodwill stores accept donations of clothing and household items from the public and in turn sell the items to the public.

5. Defendant also operates careers centers through western and northern Connecticut.

6. Goodwill offers a range of programs for people with disabilities and others facing challenges to gaining employment and community living.

7. As touted on its website, Defendant's "services are person centered with the emphasis on the individual achieving their highest level of independence."

8. Defendant constitutes an employer for purposes of Conn. Gen. Stat. § 31-51q.

9. Plaintiff was employed by Defendant from 2008 through March 5, 2021, when he was involuntarily terminated.

10. Plaintiff was employed as a Store Manager at Defendant's Manchester, Connecticut location (store # 85).

11. From October 2008 through his termination Mr. Behrmann held the position of Store Manager at Defendant's Manchester location.

12. All times throughout his employment, Mr. Behrmann received positive feedback, bonuses and salary increases.

13. At all times relevant to this complaint, Mr. Behrmann maintained a personal Facebook account.

14. Mr. Behrmann regularly posts or reposts content on his personal Facebook account.

15. On his Facebook account, Mr. Behrmann did not identify Defendant or his association through employment with Defendant. Nor did Mr. Behrmann post or repost content connecting him to Defendant in any way.

16. Mr. Behrmann's social media posts reflected his political views.

17. On March 1, 2021, Mr. Behrmann reposted a news story titled "Shock: Speaker Pelosi Appears to Turn on Gov. Cuomo, Says Allegations are "Credible"" adding to the repost his own view, "Lol I love it all the liberals turning on each other!!!"

18. On March 2, 2021, Mr. Behrmann reposted a news story about Governor Andrew Cuomo and his party's call for his resignation after another woman comes forward with complaints against him.

19. On March 3, 2021, Mr. Behrmann reposted a post in support of former President Donald Trump, stating that "Trump was right about everything."

20. On March 3, 2021, Mr. Behrmann agreed with a post that stated, "Why wasn't Dr, Seuss racist when Michelle Obama invited him to the White House?"

21. On March 3, 2021, Mr. Behrmann reposted a photo of President Biden and former President Obama with the caption, "Two of the Most Worthless People to Ever Hold Office."

22. On March 5, 2021, Mr. Behrmann posted a meme where Donald Trump is announcing that "We have successfully defeated Isis and Iran's top general" and Joe Biden is announcing "We have successfully defeated Mr. Potato Head and Dr. Seuss."

23. On March 5, 2021, Mr. Behrmann posted a statement criticizing President Biden stating, "Love seeing people that voted Biden now saying F him. Only the fools think Biden is a good leader. Only promise he kept was destroying America and destroying history like a dictator, in 3 years we will see his best achievements are killing Doctor Seuss and Mr. Potato Head off."

24. On March 5, 2021, Defendant fired Mr. Behrmann because of the "political posts" on his personal Facebook account.

25. Through his posts and reposts on Facebook, Mr. Behrmann spoke as a citizen on matters that were of public concern regarding politics and government.

26. Through his posts and reposts on Facebook, Mr. Behrmann exercised his rights to free speech and assembly protected by the first amendment to the United States Constitution and/or §§ 4 and 14 of article first of the Connecticut Constitution.

27. Mr. Behrmann's speech was protected under § 31-51q of the Connecticut General Statutes.

28. Mr. Behrmann's exercise of his constitutional rights did not substantially or materially interfere with his bona fide job performance or with his working relationship with his employer.

29. Defendant had knowledge of Plaintiff's protected speech and retaliated against Plaintiff by discharging Plaintiff because of his protected speech.

30. As a result of Defendant's conduct, Plaintiff has suffered damages, including but not limited to, lost compensation, wages, and benefits, emotional distress, and loss of enjoyment.

31. Defendant's reckless disregard of Plaintiff's rights entitles Plaintiff to punitive damages.

32. Plaintiff has also incurred and continues to incur attorney's fees and costs,

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that the following relief be awarded:

1. Compensatory economic and non-economic damages.//
2. Past and future economic damages.
3. Reinstatement.
4. Punitive damages.
5. Equitable relief including but not limited to the restoration of any employee benefits to which he would have been entitled had he not been terminated from his employment.
6. Interest.
7. Plaintiff's costs and attorney's fees.
8. Prejudgment and post-judgment interest available under law.
9. Such other legal and equitable relief as the Court may deem just.

Done at Hartford, Connecticut this 4th day of August 2021.

THE PLAINTIFF,

BY: _____
Anthony J. Interlandi (426132)
tony@monarchlawct.com

Attest: _____
Gerald J. Broderick
Connecticut State Marshal
Fairfield County

A True Copy

RETURN DATE: September 14, 2021

| | | |
|---|---|---|
| CHRISTOPHER BEHRMANN | : | SUPERIOR COURT |
| Plaintiff, | : | J.D. OF FAIRFIELD AT |
| vs. | : | BRIDGEPORT |
| GOODWILL INDUSTRIES OF WESTERN AND NORTHERN CONNECTICUT, INC. | : : : | |
| Defendant. | : : | August 4, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of legal interest and property in demand is more than fifteen thousand dollars ($15,000.00), exclusive of interests and costs.

THE PLAINTIFF,

BY: _____
Anthony J. Interlandi (426132
tony@monarchlawct.com

Attest A True Copy
Gerald J. Broderick
Connecticut State Marshal
Fairfield County